# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS aka WALI AT-TAQI DAVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH,<br><br>　　　　　Defendant.　　　　　／ | CASE NO. 1:07-cv-00696-OWW-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Dorian Davis aka Wali At-Taqi Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 9, 2007.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendant Hedgpeth for violation of the Eighth Amendment and the Due Process Clause of the Fourteenth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, it is HEREBY ORDERED that:

　　1.　　Service is appropriate for the following defendant:

### WARDEN A. HEDGPETH

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that claims two and three, which do not articulate any recognizable legal claims, be dismissed for failure to state a claim upon which relief may be granted under section 1983.

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed May 9, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed complaint filed May 9, 2007.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    October 23, 2007**                /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE