IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS, | 1:07-cv-00696 OWW-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| A. HEDGPETH, | (DOCUMENT #14) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 15, 2007, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

**Dated: December 4, 2007**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE