# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS aka WALI AT-TAQI DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>A. HEDGPETH,<br><br>        Defendant.<br>_____/ | CASE NO. 1:07-cv-00696-OWW-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>(Doc. 16)<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

      Plaintiff Dorian Davis ask Wali At-Taqi Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2007, the court issued a Findings and Recommendations recommending the dismissal of certain claims, following plaintiff's decision not to amend his complaint. On December 26, 2007, plaintiff filed an Objection stating that he wanted to withdraw his notice of intent not to amend and seeking leave to file an amended complaint.

      Plaintiff's motion seeking leave to file an amended complaint is HEREBY GRANTED. Plaintiff has **thirty (30) days** from the date of service of this order within which to file his amended complaint. If plaintiff fails to file an amended complaint, the Findings and Recommendations will be submitted to the District Judge.

IT IS SO ORDERED.

**Dated:   February 15, 2008**               **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE