1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 | DORIAN DAVIS aka        CASE NO. 1:07-cv-00696-OWW-SMS PC
WALI AT-TAQI DAVIS,

10             ORDER GRANTING PLAINTIFF'S MOTION
        Plaintiff,       FOR THIRTY-DAY EXTENSION OF TIME

11             TO FILE AMENDED COMPLAINT
   v.

12             (Doc. 18)
A. HEDGPETH,

13
         Defendant.

14 _____/

15

16       Plaintiff Dorian Davis ask Wali At-Taqi Davis ("plaintiff") is a state prisoner proceeding pro

17 se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 6, 2008,

18 plaintiff filed a motion seeking an extension of time to file an amended complaint in compliance

19 with the Court's order of February 19, 2008.

20       Plaintiff's motion for an extension of time is HEREBY GRANTED.  Plaintiff has **thirty (30)**

21 **days** from the date of service of this order within which to file his amended complaint.

22

23 IT IS SO ORDERED.

**Dated:   March 31, 2008**            **/s/ Sandra M. Snyder**

24                UNITED STATES MAGISTRATE JUDGE

25
26
27
28