1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    DORIAN DAVIS,                              1:07-cv-00696-OWW-SMS PC

12              Plaintiff,                       ORDER GRANTING MOTION
                                                 TO EXTEND TIME TO FILE
13        vs.                                    OBJECTIONS TO FINDINGS
                                                 AND RECOMMENDATIONS
14    A. HEDGPETH,
                                                 (DOCUMENT # 26)
15              Defendants.
                                                 30-DAY DEADLINE
16    _____/

17        On December 11, 2008, plaintiff filed a motion to extend time to file objections to

18    findings and recommendations.  Good cause having been presented to the court and GOOD

19    CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

20        Plaintiff is granted **thirty (30) days** from the date of service of this order in which to

21    file objections to the findings and recommendations.

22

23    IT IS SO ORDERED.

24    **Dated:    December 19, 2008**              /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28