# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS aka<br>WALI AT-TAQI DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. HEDGPETH,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:07-cv-00696-OWW-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 22) |

　　　Plaintiff Dorian Davis ask Wali At-Taqi Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to the Court's order filed January 22, 2009, this action for damages is proceeding on Plaintiff's amended complaint against Defendant Hedgpeth for violation of the Eighth Amendment and Due Process Clause of the Fourteenth Amendment.  Plaintiff's claims arise out of the denial of outdoor exercise and other institutional privileges due to regular prison lock-downs.  28 U.S.C. § 1915A.  Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service is appropriate for:

　　　　　　**WARDEN ANTHONY HEDGPETH**

　　　2.　　The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed May 8, 2008.

///

1

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form; and

    c. Two (2) copies of the endorsed amended complaint filed May 8, 2008.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   January 23, 2009**                    /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE