# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS aka<br>WALI AT-TAQI DAVIS,<br><br>                Plaintiff,<br><br>   v.<br><br>A. HEDGPETH,<br><br>                Defendant.<br>_____/ | CASE NO. 1:07-cv-00696-OWW-SMS PC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br><br>(Doc. 51) |

     Plaintiff Dorian Davis aka Wali At-Taqi Davis, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2007, and a scheduling order was issued March 24, 2010. This action is currently in the discovery phase, and on November 3, 2010, Defendant filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

     Good cause having been shown, Defendant's motion is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:**   **November 4, 2010**           **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE