# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS aka<br>WALI AT-TAQI DAVIS,<br><br>           Plaintiff,<br><br>     v.<br><br>A. HEDGPETH,<br><br>           Defendant.<br>_____ / | CASE NO. 1:07-cv-00696-OWW-SKO PC<br><br>ORDER CONTINUING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR UNTIL MOTION IS READY FOR CONSIDERATION<br><br>(Doc. 53) |

On August 2, 2011, the Magistrate Judge issued findings and recommendations recommending that Defendant's motion for summary judgment, filed on January 31, 2011, be granted. On August 22, 2011, Plaintiff sought an extension of time to file objections, which was granted. The objection deadline is now October 6, 2011, and Defendant is entitled to fourteen days thereafter within which to respond to any objections. Local Rule 304(d). Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendant's motion for summary judgment is ORDERED CONTINUED from the Court's calendar until the motion is ripe for review by the undersigned.[1]

IT IS SO ORDERED.

Dated:   August 29, 2011                         /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE

---

[1] This order is solely administrative and nothing further is required of the parties. Once the relevant deadlines have expired, the Court will issue its ruling on Defendant's motion for summary judgment.

1